1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

10

11  JAKE ORTIZ, an individual,

12          Plaintiff,

13      v.

14  ULINE, INC., a Delaware corporation;
    and DOES 1 through 20, inclusive,

15

16          Defendants.

17

Case No. 5:24-cv-02370 JGB (DTBx)

[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER

Complaint Filed: July 12, 2024
Trial Date:      May 19, 2026
District Judge:   Hon. Jesus G. Bernal
Magistrate Judge: Hon. David T. Bristow

18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER

1

## [PROPOSED] ORDER

2   **FOR GOOD CAUSE SHOWN,** Plaintiff Jake Ortiz ("Plaintiff") and

3  Defendant Uline, Inc.'s ("Defendant") Stipulated Protective Order is hereby

4  **GRANTED.**

5

6  DATED: ___December 15___, 2025        _____

7                                        Hon. David T. Bristow
                                         United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                      Case No. 5:24-cv-02370 JGB (DTBx)
[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER

**PROOF OF SERVICE**
*Jake Ortiz v. Uline, Inc., et al.*
Case No. 5:24-cv-02370 JGB (DTBx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On October 30, 2025, I served the following document(s):

**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐    **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒    **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☐    **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒    **(Federal)**    I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 30, 2025, at Costa Mesa, California.

_____
Alba DonJuan

2

Case No. 5:24-cv-02370 JGB (DTBx)

[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER

1

2

**SERVICE LIST**

3   Liliuokalani Martin, Esq.                    Attorney for Plaintiff
    Mae-Elaine Q. Delos Santos, Esq.             Jake Ortiz
4   DOWNTOWN L.A. LAW GROUP, LLP
    612 S. Broadway
5   Los Angeles, CA  90014
    Telephone:  213-389-3765
6   Facsimile:    887-389-2775
    lili@downtownlalaw.com
7   mae@downtownlalaw.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER