JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JAKE ORTIZ, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ULINE, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 5:24-cv-02370 JGB (DTBx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: July 12, 2024<br>Trial Date:         May 19, 2026<br>District Judge:    Hon. Jesus G. Bernal<br>Magistrate Judge: Hon. David T. Bristow |

# ORDER

Defendant ULINE, INC. ("Defendant") and Plaintiff JAKE ORTIZ ("Plaintiff") (collectively, the "Parties") have filed a Stipulation and Order for Dismissal with Prejudice of the matter *Jake Ortiz v. Uline, Inc., et.at.* (Case No. 5:24-cv-02370 JGB (DTBx)) and all claims stated therein against all parties, with each party to bear its own attorneys' fees and costs.

The Court, having considered the Parties' Stipulation to Dismiss with Prejudice finding good cause, hereby **GRANTS** the Stipulation to Dismiss with Prejudice and orders the dismissal of the abovementioned matter with prejudice in its entirety.

**IT IS SO ORDERED**.

DATE:  March 2, 2026

The Honorable Jesus G. Bernal,
United States District Court Judge

2

Case No. 5:24-cv-02370 JGB (DTBx)

ORDER FOR DISMISSAL WITH PREJUDICE